```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-04318-HWV
Marie Elaine Burns                                                        Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman            Page 1 of 1          Date Rcvd: Oct 29, 2019
                              Form ID: pdf010            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
```
db             +Marie Elaine Burns,    221 Sycamore Trail,    Delta, PA 17314-8745
5255456        +Carrington Mortgage,    P.O. Box 5001,    Westfield, IN 46074-5001
5255458         Directv,    P.O. Box 830032,    Baltimore, MD 21283
5255460        +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5255461        +K2 Fuels, LLC (Affordable Propane),    c/o JSDC Law Offices,    11 East Chocolate Ave.,
                 Hershey, PA 17033-1320
5255462        +Oxford Motors,    2263 Baltimore Oike,    Oxford, PA 19363-3933
5255463         Pa Department of Revenue,    1846 Brookwood St,    Harrisburg, PA 17401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2019 19:13:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255457        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 29 2019 19:14:14      Comenity Bank/Wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255459        +E-mail/Text: bnc-bluestem@quantum3group.com Oct 29 2019 19:14:24      Fingerhut,
                 Attn: Bankruptcy,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5255464        +E-mail/Text: bankruptcygroup@peco-energy.com Oct 29 2019 19:14:13      PECO,   P.O. Box 37629,
                 Philadelphia, PA 19101-0629
5260788         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 19:14:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5255702        +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2019 19:13:10       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Marie Elaine Burns tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Marie Elaine Burns, | : | |
| Debtor | : | Case No. 1:19-bk-04318-HWV |

ORDER OF COURT
GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY
AS TO ALL CREDITORS

AND NOW, after due consideration of Debtor's Motion to Extend Automatic Stay, any objection thereto, and the record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the automatic stay enjoyed by Debtor in this matter is extended as to all creditors for the life of the case or until further Order of Court.

Dated: October 29, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)