```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-04318-HWV
Marie Elaine Burns                                                  Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke              Page 1 of 1             Date Rcvd: Jan 14, 2020
                             Form ID: ntnoshow            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db              +Marie Elaine Burns,    221 Sycamore Trail,    Delta, PA 17314-8745
5255456         +Carrington Mortgage,    P.O. Box 5001,    Westfield, IN 46074-5001
5271003         +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5255458          Directv,    P.O. Box 830032,    Baltimore, MD 21283
5277812          Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
5255460         +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5255461         +K2 Fuels, LLC (Affordable Propane),    c/o JSDC Law Offices,    11 East Chocolate Ave.,
                  Hershey, PA 17033-1320
5255462         +Oxford Motors,    2263 Baltimore Oike,    Oxford, PA 19363-3933
5255463          Pa Department of Revenue,    1846 Brookwood St,    Harrisburg, PA 17401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 19:23:31
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255457         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 19:14:42     Comenity Bank/Wayfair,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5255459         +E-mail/Text: bnc-bluestem@quantum3group.com Jan 14 2020 19:15:06     Fingerhut,
                  Attn: Bankruptcy,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5255464         +E-mail/Text: bankruptcygroup@peco-energy.com Jan 14 2020 19:14:39     PECO,    P.O. Box 37629,
                  Philaselphia, PA 19101-0629
5260788          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 19:14:46
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
5277078         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2020 19:14:58     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5278414          E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 19:14:44
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
5255702         +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 19:23:51     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5280129*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Marie Elaine Burns tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Marie Elaine Burns,<br>fka Marie Elaine Oles, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–04318–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **February 3, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **February 3, 2020**.

**If no objections are filed by February 3, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 14, 2020 |

ntnoshow (07/18)