IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    **Marie Elaine Burns**,    :    Case No. **1:19-bk-04318-HWV**
               Debtor    :
                                     :    Chapter 13

WITHDRAWAL OF
DEBTOR'S OBJECTION
TO DISMISSAL OF CASE FOR FAILURE TO ATTEND CREDITORS MEETING

TO THE CLERK:

    Kindly withdraw Debtor's Objection to Dismissal of Case for Failure to Attend Creditors Meeting, filed January 31, 2020, and docketed to Document No. 29.

Dated: February 12, 2020                          Respectfully,

                                                    /s/Tony Sangiamo, Esquire
                                                    Tony Sangiamo, Esquire
                                                    Spm. Ct. ID # 44124
                                                    P.O. Box 1324
                                                    York, PA 17405
                                                    Phone: (717) 718-1480
                                                    Fax:   (717) 326-1515
                                                    tsanlaw@gmail.com