```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 19-04318-HWV
Marie Elaine Burns                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke           Page 1 of 1          Date Rcvd: Feb 12, 2020
                            Form ID: ordsmiss         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db              +Marie Elaine Burns,    221 Sycamore Trail,    Delta, PA 17314-8745
5255456         +Carrington Mortgage,    P.O. Box 5001,    Westfield, IN 46074-5001
5271003         +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5255458          Directv,   P.O. Box 830032,    Baltimore, MD 21283
5255461         +K2 Fuels, LLC (Affordable Propane),    c/o JSDC Law Offices,    11 East Chocolate Ave.,
                  Hershey, PA 17033-1320
5255462         +Oxford Motors,    2263 Baltimore Oike,    Oxford, PA 19363-3933
5255463          Pa Department of Revenue,    1846 Brookwood St,    Harrisburg, PA 17401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Feb 13 2020 00:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5255457         +EDI: WFNNB.COM Feb 13 2020 00:23:00      Comenity Bank/Wayfair,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
5277812          EDI: ECMC.COM Feb 13 2020 00:23:00      Educational Credit Management Corporation,
                  PO Box 16408,    St. Paul, MN 55116-0408
5255459         +EDI: BLUESTEM Feb 13 2020 00:23:00      Fingerhut,    Attn: Bankruptcy,    6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
5255460         +EDI: AMINFOFP.COM Feb 13 2020 00:23:00      First PREMIER Bank,    Attn: Bankruptcy,
                  Po Box 5524,    Sioux Falls, SD 57117-5524
5255464         +E-mail/Text: bankruptcygroup@peco-energy.com Feb 12 2020 19:34:56      PECO,   P.O. Box 37629,
                  Philadelphia, PA 19101-0629
5260788          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 19:35:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
5277078         +EDI: JEFFERSONCAP.COM Feb 13 2020 00:23:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5277078         +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2020 19:35:14      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5278414          EDI: Q3G.COM Feb 13 2020 00:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
5255702         +EDI: RMSC.COM Feb 13 2020 00:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5280129*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Marie Elaine Burns tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Marie Elaine Burns,<br>fka Marie Elaine Oles,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 1:19–bk–04318–HWV |

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: February 12, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)